BEFORE THE THIRD DIVISION, AUGUST 24, 1966

**No. P66/207.**—Royal Trading Company, Limited, and American Customs Brokerage Co. et al. *v.* United States, protests 61/8864, etc. (Honolulu).

**No. P66/208.**—Fijiya, Ltd., and American Customs Brokerage Co. et al. *v.* United States, protests 64/14346, etc. (Honolulu).

DONLON, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 30, 1966

**No. P66/209.**—National Silver Co. *v.* United States, protests 62/19112, etc. (Galveston).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of knives similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 30, 1966

**No. P66/210.**—W. Kay Co., Inc. *v.* United States, protests 65/25617, 65/25618, and 65/25623 (New York).

LANDIS, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.